UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  Criminal No. 1:13-cr-239 |
| TOTAL, S.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Presently pending before this Court is the United States' Motion to Dismiss Criminal Information in the above-captioned case filed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Having carefully considered this motion, it is hereby

ORDERED that the United States' Motion is granted and the criminal Information in the above-captioned case is hereby dismissed with prejudice.

DONE AND ORDERED on this _____ day of November 2016.

_____
HON. LIAM O'GRADY
United States District Judge